# UNITED STATES DISTRICT COURT
for the

Western District of Missouri

| | |
|---|---|
| United States of America | ) |
| v. | ) Case No: 04-00398-02-CR-W-HFS |
| REUBEN W. BOONE | ) USM No: 17613-045 |
| Date of Original Judgment: 08/23/2005 | ) |
| Date of Previous Amended Judgment: 09/08/2008 | ) STEVE MOSS, AFPD |
| *(Use Date of Last Amended Judgment if Any)* | Defendant's Attorney |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of 135 months **is reduced to** 120 months.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated 08/23/2005 shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 11/10/2011　　　　　s/ Nanette K. Laughrey
　　　　　　　　　　　　　　　　*Judge's signature*

Effective Date:　　　　　NANETTE LAUGHREY, UNITED STATES DISTRICT JUDGE
*(if different from order date)*　　　*Printed name and title*